IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| THE GEORGIA DEPARTMENT OF HUMAN RESOURCES, *ex. Rel., D.J.*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  CV 113-145 ) |
| RICHARD TERENCE JENKINS, *also known as* Richard- El Bey, | ) ) ) ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's case is **DISMISSED**, his motion to proceed *in forma pauperis* is **DEEMED MOOT**, and this civil action is **CLOSED**.

SO ORDERED this 24th day of September, 2013, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA